In the Matter of the Estate of RODNEY B. JANES, Deceased. LINCOLN FIRST BANK, N. A., as Successor by Consolidation to LINCOLN FIRST BANK OF ROCHESTER, as Coexecutor of RODNEY B. JANES, Deceased, Appellant; HOWARD ULLMAN, as Personal Representative of the Estate of CYNTHIA W. JANES, Deceased, et al., Respondents. (Appeal No. 1.) [643 NYS2d 462] —Appeal unanimously dismissed, without costs (*see, Matter of Laborers Intl. Union v Shevlin-Manning, Inc.*, 147 AD2d 977). (Appeal from Order of Monroe County Surrogate's Court, Ciaccio, S.— Judicial Settlement of Account.) Present—DENMAN, P. J., GREEN, LAWTON, BALIO and DAVIS, JJ.